# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| _____ | ) | |
| _____ | ) | |
| **Plaintiff(s),** | ) | Case No. _____ |
| **v.** | ) | |
| | ) | Judge _____ |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.  A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.**  State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**2.  PARTIES**

Plaintiff, _____, resides at_____

(Street Address)

_____,  _____

(City, State, ZIP Code)                                    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

**3.  PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?                    ☐ Yes  ☐ No

If yes, please list cases: _____
_____

**4.  STATEMENT OF THE CLAIM**. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**5.  RELIEF.**  Briefly state exactly what you want the court to do for you.

_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, _____.
                (day)                               (month)            (year)

_____
                                              Signature of Plaintiff(s)

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

Make sure my situation does not happen to another individual also do to the fact of the medicated missdiagnosis, and the two counts of failure to diagnose through Mohd Malik, financial compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23     day of 7         , 2021   .
     (day)                 (month)              (year)

Signature of Plaintiff(s)

A-7